JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDANA BASU, Derivatively on Behald of PPJ Healthcare Enterprises, Inc., <br><br> Plaintiff, <br><br> v. <br><br> GPL VENTURES, LLC, <br><br> Defendants. | Case No. ED CV 19-0655 FMO (SPx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having reviewed plaintiff's Notice to Withdraw, (Dkt. 8, "Notice"), which the court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a), the court hereby dismisses the action without prejudice.

Dated this 2nd day of May, 2019.


                                                    /s/
                                        _____
                                            Fernando M. Olguin
                                        United States District Judge